IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM T. ALLEN,

    Petitioner,

v.

WARDEN, TOLEDO CORRECTIONAL
INSTITUTION,

    Respondent.

CASE NO. 2:12-CV-154
Judge Sargus
Magistrate Judge King

## ORDER

On December 7, 2012, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus be dismissed, reasoning that petitioner's claims were defaulted or were without merit. *Report and Recommendation*, Doc. No. 18. Petitioner has filed objections to that recommendation. *Objection*, Doc. No. 23. Petitioner has also asked that counsel be appointed for him. *Motion to Appoint Counsel*, Doc. No. 22.

Petitioner asks that this Court conduct a "plain error" review of his defaulted claims. However, this Court is without authority to consider procedurally defaulted claims – whether for plain error or otherwise. *See Murray v. Carrier*, 477 U.S. 478, 485 (1986).

Petitioner also raises all of the same arguments that he previously presented. *See Objection*. For the reasons already detailed in the Magistrate Judge's exhaustive *Report and Recommendation*, petitioner's objection are **OVERRULED**.

The *Report and Recommendation*, Doc. No. 18, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner's request for the appointment of counsel, ECF No. 22, is **DENIED**.

1

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

EDMUND A. SARGUS, JR.
United States District Judge

Date 5-8-2013