AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM T. ALLEN,**

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, TOLEDO**        **CASE NO. 2:12-CV-154**
**CORRECTIONAL INSTITUTION,**    **JUDGE EDMUND A. SARGUS, JR.**
                                      **MAGISTRATE JUDGE NORAH MCCANN KING**

       Respondent.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed May 9, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 9, 2013                              JOHN P. HEHMAN, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk